**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LOCAL 13 INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, AND MOTION PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, AFLLL-CIO,

Plaintiff,

v.

SFX TARGET CENTER ARENA MANAGEMENT, LLC,

Defendant.

01CV1915 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **CROSS MOTIONS FOR SUMMARY JUDGMENT** on Monday, September 23, 2002 at 2:00 p.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: August 29, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

Filed AUG [illegible]
RICHARD D. SLETTEN, CLERK
Deputy Clerk ____________